United States District Court
Southern District of Texas
**ENTERED**
January 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GRISELDA TREVINO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-152 |
| | § | |
| CMH HOMES, INC. d/b/a CLAYTON HOMES OF DONNA, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Joint Stipulation of Plaintiff Griselda Trevino and Defendant CMH Homes, Inc. d/b/a Clayton Homes of Donna, and good cause appearing, the above captioned case is hereby dismissed with prejudice, with each party bearing its own costs and attorney's fees.

SO ORDERED this 2nd day of January, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge